IN THE UNITED STATES DISTRICT COURT
FOR THE DISTICT OF MAINE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER (603) 377-0099, WITH INTERNATIONAL MOBILE SUBSCRIBER IDENTITY 310260708156725, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE | Case No. 2:23-mj-00178-KFW<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Jonathan Duquette, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.  I make this affidavit in support of an application for a search warrant for information associated with a certain cellular telephone assigned call number (603) 377-0099, with International Mobile Subscriber Identity/Electronic Serial Number 310260708156725 ("the SUBJECT PHONE"), that is stored at premises controlled by T-MOBILE, a wireless telephone service provider headquartered at 4 Sylvan Way, Parsippany, New Jersey. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. § 2703(c)(1)(A) to require T-MOBILE to disclose to the government copies of the information further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review the information to locate items described in Section II of Attachment B.

2. I am a Task Force Officer with the Federal Bureau of Investigation (FBI). I have been in this position since June 2015, and I have been a Task Force Officer in FBI's Boston Division since January 2018. I am also a Border Patrol Agent with the U.S. Border Patrol and have been in this position since December 2009. In my career, I have utilized various investigative tools and techniques, to include the use of search warrants involving cellular data.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 21 U.S.C. §§ 841, 843, and 846 have been committed, are being committed, and will be committed by the user of the SUBJECT PHONE. There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband, or fruits of these crimes as further described in Attachment B.

## PROBABLE CAUSE

5. On about January 26, 2023, I received information from a confidential source of information ("CS-1"), that CS-1[1] had been contacted by a Facebook user, "Aurelio Casillas," (unique Facebook ID: 100053772346095), who was seeking to sell

---

[1] CS-1 has prior criminal convictions, including for burglary and drug possession. CS-1 is a paid informant who has no current criminal charges pending. CS-1 has provided information to law enforcement in the past that has led to successful prosecutions, and has been deemed to be reliable.

controlled substances to CS-1. Specifically, CS-1 received a photograph of a number of "sticks" or "fingers" (10-gram increments) of what appeared to be fentanyl. Along with the photograph, "Aurelio Casillas" sent the following text to CS-1: "would you be interested in working." I am familiar with this type of solicitation using social media platforms by drug suppliers looking for new clients and/or downstream distribution.

6. I have reviewed records associated with the "Aurelio Casillas" Facebook account from Meta Platforms, Inc., from which I learned that the Facebook account's subscriber is listed as Aurelio Casillas. The records also contained a verified telephone number associated with the Facebook account, listed as (603) 377-0099, the call number assigned to the SUBJECT PHONE.

7. I have reviewed records related to the SUBJECT PHONE provided by T-Mobile US, Inc. The subscriber for the SUBJECT PHONE beginning July 8, 2022, is listed as Aurelio Casillas. I have reviewed call data for the SUBJECT PHONE, from which I learned that the majority of its frequently made and received calls are with Maine-based numbers. Some of these frequent contacts were recognized by law enforcement to be associated with individuals involved in drug distribution, including one of the SUBJECT PHONE's top ten contacts: an individual who was recently indicted on federal drug charges.

8. A second confidential source ("CS-2"), who lives in Maine, provided information to the FBI about a fentanyl supplier who goes by the name "Santos." In about March 2023, CS-2[2] accompanied associates to Augusta, Maine to acquire fentanyl

---

[2] CS-2 has a minimal criminal history, including for possession of controlled substances. CS-2 began cooperating with law enforcement in order to receive leniency

from "Santos." During this transaction, the CS-2 and their associates purchased four or five sticks or fingers of fentanyl from "Santos." Thereafter, CS-2 received a message on Facebook Messenger from "Aurelio Casillas," relating to drug trafficking; CS-2 and Aurelio Casillas, aka "Santos," then began communicating by telephone, using the call number associated with the SUBJECT PHONE, which "Santos" had provided to CS-2. CS-2 informed investigators that they believe "Santos" lives in New Hampshire or Massachusetts, though he has stayed for periods of time in and around Augusta, Maine.

9. I know from my participation in this investigation that between about May 24 and May 31, 2023, at the direction of the FBI, CS-2 successfully contacted "Santos" at the call number associated with the SUBJECT PHONE. "Santos" told CS-2 that he was staying in Boston and if CS-2 was willing to travel to him, he would "give something else for the trip." "Santos" asked if CS-2 wanted, "them on fingers ohh (sic) on a block." Ultimately, CS-2 and "Santos" arranged for the sale of 500 grams of fentanyl for $10,000.

10. Thereafter, on about May 31, 2023, CS-2 participated in a controlled purchase from "Santos" in Amesbury, Massachusetts. Before meeting with "Santos" at an agreed-upon location, CS-2 was equipped with audio and video monitoring and transmitting equipment, which was monitored by law enforcement throughout. Ultimately, CS-2 purchased the agreed-upon fentanyl from "Santos," for $10,000, in two tinfoil wrapped packages. The fentanyl later field-tested presumptively positive for fentanyl. The total package weight was 594.9 grams.

---

with respect to a pending charge. CS-2's information has been otherwise corroborated by law enforcement and has been deemed to be reliable.

## ADDITIONAL INFORMATION REGARDING WIRELESS PROVIDERS

11. Based on my training and experience, I know that wireless providers such as T-Mobile typically collect and retain information about their subscribers in their normal course of business. This information can include basic personal information about the subscriber, such as name and address, and the method(s) of payment (such as credit card account number) provided by the subscriber to pay for wireless telephone service. I also know that wireless providers such as T-Mobile typically collect and retain information about their subscribers' use of the wireless service, such as records about calls or other communications sent or received by a particular phone and other transactional records, in their normal course of business. In my training and experience, this information may constitute evidence of the crimes under investigation because the information can be used to identify the SUBJECT PHONE's user or users and may assist in the identification of co-conspirators and/or victims.

## AUTHORIZATION REQUEST

12. Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to 18 U.S.C. § 2703(c) and Federal Rule of Criminal Procedure 41.

13. I further request that the Court direct T-Mobile to disclose to the government any information described in Section I of Attachment B that is within its possession, custody, or control. Because the warrant will be served on T-Mobile, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

Respectfully submitted,

Jonathan Duquette
Task Force Officer
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Jun 12 2023

City and state: Portland, Maine

Judge's signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title